NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000721
09-SEP-2013
08:02 AM

CAAP-11-0000721

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PHILLIP G. KUCHLER, INC., Claimant-Appellee/Cross-Appellant,
v.
ABE LEE REALTY, LLC, and ABRAHAM W.H. LEE, Respondents-
Appellants/Cross-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 11-1-0325)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on May 31, 2013, is hereby corrected as follows:

1. On page 5, in the second sentence under the heading "B.", the word "a" should be deleted, so that as corrected, the text reads: ". . . the Arbitrator issued his "Arbitrator's Decision . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 9, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

_____

[1] Nakamura, Chief Judge, and Foley and Reifurth, JJ.